# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

BAYBERRY LAKES HOMEOWNERS
ASSOCIATION, INC., a Florida corporation;
DAWN ADAMS; LUIS and ADALINA
ALBELO; JASON BELL and KIMBERLY
DANIELS; JOHN and MICHELLE BETROS;
CRAIG and CASEY BROWN; MICHAEL
BROWN; NATHAN and MICHELLE
BURHANS; PAUL CAIRNS; JENNIFER
CARON; PAMELA COTE and TODD
KOEHLER; SANDRA CONGER; KENNY and
LISA CORBIN; MATTHEW and GLENAE
COVINGTON; JOSEPH DUNN; JOHN and
OLADUNNI DURO-EMANUEL; THOMAS
and AMANDA FOGLIO; RANDALL FRANK;
IRINA GEIDEL; LOUIS GILL; ERWIN
GREENE and LATESHA HUNTLEY;
RICHARD and TERESA GREGO; RODNEY
HAIGLER; PETER HELLINGER; VIRGINIA
HEWETT; JEFFREY and TINA JACOBSON;
SHARON JAMES; MAREK and CAROLINA
JURACEK; WILLIAM KAMER; ERNEST
OMAR-KASHIF; PAMELA LIPPELT; LOLITA
LIPPELT and RICHARD GREGO; ANTHONY
and DONNA MADDOX; STEPHANIE
MILLER; ANGELA MOBLEY; MIKE and
CELAYNE MOORE; FREDERIC NDIAYE;
JONATHAN and SAMANTHA NEMERGUT;
THO NGUYEN; THUAN NGUYEN; JOAN
ORTAGUS; DHAVAL and DHANIAXMI
PATEL; GARY and ANNETTE PELHAM;
MICHAEL and KATHLEEN RIDALL;
MATTHEW SPROUSE; NORMAN and GWEN
STUART; EDWARD THOMAS; ROBERT
TROWBRIDGE; KEVIN and HELEN
TUCKER; HARRISON and HELEN
WAITHAKA; RYAN WILL; KEVIN ZAHNEN
and SABRINA FALLETTA; THOMAS
ZAHNEN; ED and JANICE ZAPKA, as
individuals, on behalf of themselves and all
others similarly situated,

     Plaintiffs,

Case No.: 6:18-cv-00072-GKS-GJK

v.

GERALD BOENEMAN, an individual;
GEORGE GLANCE, III, an individual;
MICHAEL HOLDER, an individual; KB HOME
GOLD COAST, LLC, a foreign limited liability
company; KB HOME JACKSONVILLE, LLC, a
foreign limited liability company; KB HOME
ORLANDO, LLC, a foreign limited liability
company; and JOSHUA SPALTEN, an
individual.

_____Defendants._____/

## NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL ADDRESSES

Kelly Corcoran, Esquire of Ball Janik, LLP, hereby gives notice and files his appearance

as Counsel for all Plaintiffs, and requests that all parties note said appearance and direct future

pleadings and correspondences to the e-mail addresses listed below:

Primary E-Mail Addresses:    kcorcoran@balljanik.com
                             esmall@balljanik.com


Secondary E-mail Addresses: pehlert@balljanik.com
                            dmiksell@balljanik.com
                            nanderson@balljanik.com


DATED:  January 23, 2018.

> **BALL JANIK LLP**
>
> By: _ /s/ Kelly Corcoran, Esquire_
>     **Evan J. Small**, FL No. 57306
>     **Kelly Corcoran,** FL No. 55564
>     201 E Pine Street, Suite 600
>     Orlando, FL 32801
>     Telephone:    (407) 455-5664
>     Facsimile:    (407) 902-2105
>     E-Mail:   esmall@balljanik.com
>            kcorcoran@balljanik.com
>            pehlert@balljanik.com

| | |
|---|---|
| | dmiksell@balljanik.com<br>nanderson@balljanik.com |
| | *Counsel for Plaintiffs BAYBERRY LAKES HOMEOWNERS ASSOCIATION, INC. and HOMEOWNERS* |

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing has been filed and served via the CM/ECF E-Filing Portal on this 23rd day of January, 2018.

| |
|---|
| **BALL JANIK LLP**<br><br>By:  */s/ Kelly Corcoran, Esquire*<br>   **Evan J. Small**, FL No. 57306<br>   **Kelly Corcoran,** FL No. 55564<br>   201 E Pine Street, Suite 600<br>   Orlando, FL 32801<br>   Telephone:    (407) 455-5664<br>   Facsimile:    (407) 902-2105<br>   E-Mail:    esmall@balljanik.com<br>         kcorcoran@balljanik.com<br>         dmiksell@balljanik.com<br>         nanderson@balljanik.com |
| *Counsel for Plaintiffs BAYBERRY LAKES HOMEOWNERS ASSOCIATION, INC. and HOMEOWNERS* |

## SERVICE LIST

| | |
|---|---|
| **JAMES MICHAEL WALLS**<br>**LANNIE D. HOUGH, JR.**<br>**KATHERINE L. HECKERT**<br>**BRIAN C. PORTER**<br>Carlton Fields Jorden Burt, P.A.<br>P.O. Box 3239<br>Tampa, FL 33601<br>813-223-7000<br>mwalls@carltonfields.com | |

| | |
|---|---|
| lhough@carltonfields.com<br>kheckert@carltonfields.com<br>bporter@carltonfields.com<br>cmoody@carltonfields.com<br>jcostello@carltonfields.com<br>nbonilla@carltonfields.com<br>tpaecf@cfdom.net<br><br>*Counsel for Defendants KB Home Gold Coast, LLC, KB Home Jacksonville, LLC and KB Home Orlando, LLC* | |